1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone      (310) 203-2242**
**Facsimile      (310) 203-2287**

**Attorney for Plaintiffs**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EHAB ABDELMALEK AZIZ MIKHAEL
NEVIEN MELLAD ZAKHER GARAS
HANNAH EHAB A. AZIZ MIKHAEL

|                | Case No.:      5:25-cv-3186 |

                          Plaintiff,

v.s.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; UNITED
STATES CITIZENSHIP AND
IMMIGRATION SERVICES; LOS
ANGELES ASYLUM OFFICE; DAVID
RADEL; KRISTI NOEM; UR M. JADDOU;
TED H. KIM; MATTHEW D. EMRICH;
AND DOES 1-10,

                          Defendants,

**COMPLAINT FOR:**

1)     **DECLARATORY AND**
       **INJUNCTIVE RELIEF**
2)     **WRIT IN THE NATURE OF**
       **IMMIGRATION MANDAMUS**

       By and through her undersigned counsel, Plaintiffs; EHAB ABDELMALEK AZIZ MIKHAEL, NEVIEN MELLAD ZAKHER GARAS, and HANNAH EHAB A. AZIZ MIKHAEL ("Plaintiff(s)") brings this action, individually or derivatively on behalf of EHAB ABDELMALEK AZIZ MIKHAEL.

## INTRODUCTION

1. This action is brought by Plaintiffs Ehab Abdelmalek Aziz Mikhael, derivative spouse Nevien Mellad Azkher Garas, and derivative child Hannah Ehab A. Aziz Mi by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and is pending as of November 24, 2020, and which has still not been called for an interview.

2. On September 02, 2020, Plaintiff(s) came to the United States at Los Angeles on a B2 visa and have stayed in the US ever since. On November 17, 2020, Plaintiff(s) submitted an I-589 Application for Asylum and Withholding of Removal to the California Service Center which was subsequently assigned for processing and adjudication to the Defendant Los Angeles Asylum Office. *See* **(Exhibit A: I-589 Application for Asylum and Withholding of Removal; Exhibit B: I-589 Receipt Notice)**. Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members sought asylum in the United States of America based on Plaintiff Ehab Abdelmalek Aziz Mikhael's past persecution in Egypt and a well-founded fear of returning to Egypt on account of their Evangelical Christian religion.

3. After submitting their application for asylum, Defendant USCIS instructed Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members to present themselves to biometric inspection at a designated USCIS Application Support Center. *See* **(EXHIBIT C: I-797 Notice of Action- Fingerprint Notifications).** Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members did appear at the designated Application Support Center on the appointed day and provided their biometric information.

4.   After providing their biometric information, Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members through their attorney requested to be added to the Los Angeles Asylum Standby List. On June 03, 2021, the Los Angeles Asylum Asylum Office approved their request and added Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members to the Standby List for an Affirmative Asylum Interview. *See* **(Exhibit D: Standby List Receipt issued by Los Angeles Asylum Office)**.

5.   After Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members have been added to the Standby List, neither Defendant USCIS nor Los Angeles Asylum Office nor any of the other named Defendants communicated with Plaintiff(s) about the exact date their asylum interview would be scheduled. Note: On January 10, 2025, Plaintiff(s) affirmatively contacted Defendant Los Angeles Asylum Office concerning an expedited interview request. On February 11, 2025, the Defendants Los Angeles Asylum Office responded to the inquiry, denying Plaintiff(s) inquiry and failing to provide the Plaintiff(s) with an interview date. *See* (**EXHIBIT E - Plaintiffs' Expedited Interview Request and USCIS Response).** Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members have been waiting for over 5 years for their interview date at this point. Plaintiff(s) have no way of knowing how much longer they will have to wait in order to testify in support of their application for asylum. Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members are unable to plan for their future and are forced to endure the constant uncertainty of whether their application will be denied and referred to The Executive Office for Immigration Review (EOIR).

6.   Defendants have violated the Administrative Procedure Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for over 5 years.

Plaintiff(s) seek to compel Defendants, through a writ of mandamus, to schedule an interview for the pending asylum application.

## **PARTIES**

7.   Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members are citizens of Egypt. Plaintiff(s) came to the United States on B2 visas on September 02, 2020. Plaintiff(s) filed their I-589 Application for Asylum and Withholding of Removal on November 17, 2020.

8.   Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and Los Angeles Asylum office and officers named as defendants in this complaint.

9.   Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

10.  Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

11.  Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official capacity, as he is charged with overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

12. Defendant KRISTI NOEM (hereinafter "Secretary Noem") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Noem in her official capacity, as she is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

13. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff'(s) asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

14. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and it requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

15. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon

information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

## **JURISDICTION**

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff(s) suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

17. The Court has jurisdiction over the present action pursuant to 8 C.F.R, § 204, Immigration & Nationality Act § 203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance,…no balancing of factors is required or permitted."

## **VENUE**

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiff(s) resides in Rancho Cucamonga, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

20. Plaintiff(s) have no administrative remedies. Since Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members received their notification to process their biometric information in or about December 2020, Plaintiff(s) have received no clear correspondence or communication from Defendant USCIS nor Los Angeles Asylum Office about how much longer they will have to wait for the pending asylum application to be called for an interview. Plaintiff(s) did receive a response from Defendant USCIS and Los Angeles Asylum Office following an expedited interview request by Plaintiff(s) Attorney Gihan L. Thomas, Esq. on October 21, 2020. However, Defendant's response did not provide an asylum interview date. Plaintiff(s) had been waiting over 5 years at this point to have their asylum claim heard at the Los Angeles Asylum Office. There are no administrative remedies for neglect of duty.

## **CAUSE OF ACTION**

21. Pursuant to 8 U.S.C §1158, Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members filed an application for Asylum and Withholding of Removal on November 17, 2020.

22. Since filing their Application, Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members have not received any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date their Asylum interview will be scheduled. Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members, therefore, have no way of knowing how much longer the scheduling process will take.

23. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

24. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

25. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been over 5 years since Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members applied for Asylum. Plaintiff(s) have yet to receive an interview date for their case.

26. Plaintiff(s) have no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

## **CLAIM FOR RELIEF**

29. Plaintiffs' claim in this action is clear and certain. Plaintiff(s) realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff(s) is entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

30. As a result of the Defendants' failure to adequately perform their duties, Plaintiff(s) have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

   a. Plaintiff(s) have been irreparably damaged from the fear of not knowing or not being able to prepare for their future concerning what will happen with their asylum case for over 5 years. Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members have been constantly hoping to have the case scheduled for an interview so their case could then be adjudicated and she and her family can progress with their lives. Due to the abnormally long wait and lack of certainty surrounding when their asylum case will be heard, Plaintiff, her derivative spouse, and derivative children are enduring significant psychological trauma.

b.  The delay is causing irreparable harm to Plaintiff(s) who are not able to progress with their lives in the United States without fear of being forced to return to Egypt, a country where upon return it is reasonable to believe she and her family will be persecuted, tortured, or killed.

31. The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying action on Plaintiff(s) Ehab Abdelmalek Aziz Mikhael's application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to their case.

32. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate in this matter.

33. Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members have attempted to learn about the status of their pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office can make decisions on scheduling an asylum interview, leaving no adequate remedy.

Accordingly, Plaintiff(s) have been forced to pursue the instant action.


## **PRAYER**

34. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff(s) respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

a.  Accept jurisdiction and maintain continuing jurisdiction in this action;

b.  Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d.  Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members' asylum application by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff(s) Ehab Abdelmalek Aziz Mikhael and his derivative family members' Withholding of Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such relief at law and in equity as justice may require.


Dated: November 26, 2025

Respectfully Submitted,

//s//, GIHAN L. THOMAS

_____
Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS EHAB ABDELMALEK AZIZ MIKHAEL, ET AL. V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL.**

**EXHIBIT**                                                                 **PAGES**

**A.** I-589 Application for Asylum and Withholding of Removal and Declaration............................1

**B.** I-589 Receipt Notice........................................................................................... 18

**C.** I-797 Notice of Action- Fingerprint Notifications of Plaintiff(s)................................. 19

**D.** Standby List Receipt issued by Los Angeles Asylum Office....................................... 24

**E.** USCIS Los Angeles Asylum Office Response to Plaintiff(s) Expedited Interview
Request Concerning Their Asylum Application.................................................25

**F.** Annual Asylum Fee Receipt Notice........................................................................27

Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

**U.S. Department of Justice**
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 07/31/2022

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink.** See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

**1. Alien Registration Number(s) (A-Number)** *(if any)*
N/A

**2. U.S. Social Security Number** *(if any)*
N/A

**3. USCIS Online Account Number** *(if any)*
N/A

**4. Complete Last Name**
MIKHAEL

**5. First Name**
Ehab

**6. Middle Name**
Abdelmalek Aziz

**7. What other names have you used** *(include maiden name and aliases)?*
Ehab Abdelmalek Aziz                           N/A

**8. Residence in the U.S.** *(where you physically reside)*  N/A

| Street Number and Name 2421 E Ball Rd | Apt. Number N/A |
|---|---|

| City Anaheim | State FM | Zip Code 92806 | Telephone Number (909) 513-3854 |
|---|---|---|---|

**9. Mailing Address in the U.S.** *(if different than the address in Item Number 8)*

| In Care Of *(if applicable):* Same as above | Telephone Number (N/A      ) |
|---|---|

| Street Number and Name N/A | Apt. Number N/A |
|---|---|

| City N/A | State N/A | Zip Code N/A |
|---|---|---|

**10. Gender:** ☒ Male ☐ Female

**11. Marital Status:** ☐ Single ☒ Married ☐ Divorced ☐ Widowed

**12. Date of Birth** *(mm/dd/yyyy)*
06/29/1974

**13. City and Country of Birth**
Cairo                  Egypt

**14. Present Nationality** *(Citizenship)*
Egyptian

**15. Nationality at Birth**
Egyptian

**16. Race, Ethnic, or Tribal Group**
White

**17. Religion**
Evangelical Christian

**18.** *Check the box, a through c, that applies:* **a.** ☒ I have never been in Immigration Court proceedings.

**b.** ☐ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19. Complete 19 a through c.**

**a.** When did you last leave your country? *(mm/dd/yyyy)* 09/01/2020 **b.** What is your current I-94 Number, if any? 542401678A2

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry.* *(Attach additional sheets as needed.)*

| Date 09/02/2020 | Place Los Angeles, CA | Status B2 | Date Status Expires 3/1/2021 |
|---|---|---|---|
| Date 10/13/2018 | Place Washington DC | Status J1 | |
| Date N/A | Place N/A | Status N/A | |

**20. What country issued your last passport or travel document?**
Egypt

**21. Passport Number** A18509960
Travel Document Number N/A

**22. Expiration Date** *(mm/dd/yyyy)*
08/05/2023

**23. What is your native language** *(include dialect, if applicable)?*
Arabic

**24. Are you fluent in English?** ☐ Yes ☒ No

**25. What other languages do you speak fluently?**
N/A

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID No.: _____ | Decision: Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

**1**

Form I-589 (Rev. 08/25/20)

## Part A.II. Information About Your Spouse and Children

**Your spouse**          ☐ I am not married. (Skip to **Your Children** below.)

| **1.** Alien Registration Number (A-Number) *(if any)*<br>N/A | **2.** Passport/ID Card Number *(if any)*<br>A04148519 | **3.** Date of Birth *(mm/dd/yyyy)*<br>01/28/1980 | **4.** U.S. Social Security Number *(if any)*<br>N/A |
|---|---|---|---|
| **5.** Complete Last Name<br>Garas | **6.** First Name<br>Nevien | **7.** Middle Name<br>Mellad Zakher | **8.** Other names used *(include maiden name and aliases)*<br>N/A |

| **9.** Date of Marriage *(mm/dd/yyyy)*<br>01/27/2007 | **10.** Place of Marriage<br>Cairo, Egypt | **11.** City and Country of Birth<br>Cairo          Egypt |
|---|---|---|

| **12.** Nationality *(Citizenship)*<br>Egyptian | **13.** Race, Ethnic, or Tribal Group<br>White | **14.** Gender<br>☐ Male    ☒ Female |
|---|---|---|

**15.** Is this person in the U.S.?  ☒ Yes *(Complete Blocks 16 to 24.)*  ☐ No *(Specify location):* N/A

| **16.** Place of last entry into the U.S.<br>Los Angeles, CA | **17.** Date of last entry into the U.S. *(mm/dd/yyyy)*<br>09/02/2020 | **18.** I-94 Number *(if any)*<br>542401714A2 | **19.** Status when last admitted *(Visa type, if any)*<br>B2 |
|---|---|---|---|
| **20.** What is your spouse's current status?<br>B2 | **21.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>03/01/2021 | **22.** Is your spouse in Immigration Court proceedings?<br>☐ Yes    ☒ No | **23.** If previously in the U.S., date of previous arrival *(mm/dd/yyyy)*<br>None |

**24.** If in the U.S., is your spouse to be included in this application?  *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**Your Children.**  List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children.  *(Skip to **Part A.III., Information about your background.**)*

☒ I have children.    Total number of children:  1

(**NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.*)

| **1.** Alien Registration Number (A-Number) *(if any)*<br>N/A | **2.** Passport/ID Card Number *(if any)*<br>A19570760 | **3.** Marital Status *(Married, Single, Divorced, Widowed)*<br>Single | **4.** U.S. Social Security Number *(if any)*<br>N/A |
|---|---|---|---|
| **5.** Complete Last Name<br>Mikhael | **6.** First Name<br>Hannah | **7.** Middle Name<br>Ehab Abdelmalek Aziz | **8.** Date of Birth *(mm/dd/yyyy)*<br>04/12/2007 |
| **9.** City and Country of Birth<br>Cairo          Egypt | **10.** Nationality *(Citizenship)*<br>Egyptian | **11.** Race, Ethnic, or Tribal Group<br>White | **12.** Gender<br>☐ Male    ☒ Female |

**13.** Is this child in the U.S. ?  ☒ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):* N/A

| **14.** Place of last entry into the U.S.<br>Los Angeles, CA | **15.** Date of last entry into the U.S. *(mm/dd/yyyy)*<br>09/02/2020 | **16.** I-94 Number *(If any)*<br>542401723A2 | **17.** Status when last admitted *(Visa type, if any)*<br>B2 |
|---|---|---|---|
| **18.** What is your child's current status?<br>B2 | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>03/01/2021 | **20.** Is your child in Immigration Court proceedings?<br>☐ Yes    ☒ No | |

**21.** If in the U.S., is this child to be included in this application?  *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**2**

## Part A.II. Information About Your Spouse and Children  (Continued)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A          N/A | N/A | N/A | ☐ Male   ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes (Complete Blocks 14 to 21.)  ☐ No (Specify location): N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes  ☒ No |

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☒ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A          N/A | N/A | N/A | ☐ Male   ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes (Complete Blocks 14 to 21.)  ☐ No (Specify location): N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes  ☒ No |

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☒ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A          N/A | N/A | N/A | ☐ Male   ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes (Complete Blocks 14 to 21.)  ☒ No (Specify location): N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes  ☒ No |

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☒ No

**3**

## Part A.III. Information About Your Background

**1.** List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
*(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 2 Grp. 11, El Rehab City | Cairo | Cairo | Egypt | 03/2014 | 09/2020 |
| N/A | N/A | N/A | N/A | N/A | N/A |

**2.** Provide the following information about your residences during the past 5 years. List your present address first.
*(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 2421 E Ball Rd | Anaheim | CA | USA | 10/2020 | present |
| 2047 W. Victoria Ave. | Anaheim | CA | USA | 09/2020 | 10/2020 |
| 2 Grp. 11, El Rehab City | Cairo | Cairo | Egypt | 03/2014 | 09/2020 |
| N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A |

**3.** Provide the following information about your education, beginning with the most recent school that you attended.
*(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Ain-Shams University | University | Cairo, Egypt | 09/94 | 06/98 |
| Misr Elgadida Military School | High School | Cairo, Egypt | 09/91 | 06/94 |
| Taha Hussein School | Middle School | Cairo, Egypt | 09/88 | 6/91 |
| Al Tarbeya Al Islamia | Elementary School | Cairo, Egypt | 09/82 | 06/88 |

**4.** Provide the following information about your employment during the past 5 years. List your present employment first.
*(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | | Your Occupation | Dates From *(Mo/Yr)* | | To *(Mo/Yr)* | |
|---|---|---|---|---|---|---|
| N/A | Unemployed | Unemployed | 09 | 20 | Present | |
| Kasr E Dobara Church | 7 Elshaikh Rihan, Qasr Ad Dobarah | Priest | 11 | 14 | 9 | 2-0 |
| N/A | N/A | N/A | n/a | n/a | n/a | n/a |

**5.** Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
*(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Afkar    A. Gerges | Banha, Egypt | ☐ Deceased Cairo, Egypt |
| *Father* Abdelmalek    Aziz Mikhael | Banha, Egypt | ☒ Deceased N/A |
| *Sibling* Mary Aziz Mikhael | Cairo, Egypt | ☐ Deceased Mansoura, Egypt |
| *Sibling* Emil Aziz Mikhael | Cairo, Egypt | ☐ Deceased Kuwait, Kuwait |
| *Sibling* Sherihan Aziz Mikhael | Cairo, Egypt | ☐ Deceased Cairo, Egypt |
| *Sibling* Ashraf Aziz Mikhael | Cairo, Egypt | ☐ Deceased Cairo, Egypt |

**4**

## Part B. Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.*)

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, **Part 1. Filing Instructions, Section II. , Basis of Eligibility, Parts A. - D., Section V. , Completing the Form , Part B.; and Section VII. Additional Evidence That You Should Submit** , for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

    I am seeking asylum or withholding of removal based on:

    | | | | |
    |---|---|---|---|
    | ☐ | Race | ☐ | Political opinion |
    | ☒ | Religion | ☒ | Membership in a particular social group |
    | ☐ | Nationality | ☒ | Torture Convention |

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No    ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

> See attached declaration.

**B.** Do you fear harm or mistreatment if you return to your home country?

☐ No    ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

> See attached declaration.

**5**

## Part B. Information About Your Application  (Continued)

**2.** Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

☐ No          ☒ Yes

If "Yes," explain the circumstances and reasons for the action.

> See attached declaration.

**3.A.** Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No          ☒ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

> We are members of the Coptic Christian Church.

**3.B.** Do you or your family members continue to participate in any way in these organizations or groups?

☐ No          ☒ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

> See attached declaration.

**4.** Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No          ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

> See attached declaration.

**6**

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   ☒ No          ☐ Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response.

   If you were previously denied asylum by USCIS, an immigration judge, or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

   | |
   |---|
   | N/A |

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   ☒ No          ☐ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   ☒ No          ☐ Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

   | |
   |---|
   | N/A |

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   ☒ No          ☐ Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

   | |
   |---|
   | N/A |

**7**

## Part C. Additional Information About Your Application  (Continued)

4.  After you left the country where you were harmed or fear harm, did you return to that country?

☒ No          ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

N/A

5.  Are you filing this application more than 1 year after your last arrival in the United States?

☒ No          ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived.  You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived.  For guidance in answering this question, see **Instructions, Part 1. Filing Instructions, Section V. Completing the Form, Part C.**

N/A

6.  Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

☒ No          ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release.

If you have been arrested in the United States, you must submit a certified copy of all arrest reports, court dispositions, sentencing documents, and any other relevant documents.

N/A



I589
Ehab Mikhael
D.o.B. 06/29/1974

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in an application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.



**WARNING:** Applicants who are in the United States **unlawfully** are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Ehab        Abdelmalek Aziz        MIKHAEL | اناب عبد ملاك عزيز (ميخائيل) |

Did your spouse, parent, or child(ren) assist you in completing this application?   ☒ No   ☐ Yes *(If "Yes," list the name and relationship.)*

| N/A | N/A | N/A | N/A |
|---|---|---|---|
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application?   ☐ No   ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   ☒ No   ☐ Yes

Signature of Applicant *(The person in Part. A.I.)*

➡ [          *Ehab* (signature)          ]          11.17.2020

Sign your name so it all appears within the brackets          Date of signature (mm/dd/yyyy)

## Part E.  Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he/she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer (signature) | Print Complete Name of Preparer<br>Gihan Thomas<br>Law Offices of Gihan Thomas |
|---|---|

| Daytime Telephone Number<br>6102032242 | Address of Preparer: Street Number and Name<br>930 Colorado Blvd. |
|---|---|

| Apt. Number<br>Unit #2 | City<br>Los Angeles | State<br>CA | Zip Code<br>90041 |
|---|---|---|---|

| To be completed by an attorney or accredited representative (if any). | ☒ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable)<br>198612 | Attorney or Accredited Representative USCIS Online Account Number (if any)<br>N / A |
|---|---|---|---|

**9**

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____          _____
Signature of Applicant                                          Date *(mm/dd/yyyy)*

_____          _____
Write Your Name in Your Native Alphabet                Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____          _____
Signature of Applicant                                          Date *(mm/dd/yyyy)*

_____          _____
Write Your Name in Your Native Alphabet                Signature of Immigration Judge

**10**

## CERTIFICATE OF TRANSLATION:

I, **Fady Awadalla**, am competent to translate from Arabic into English, and from English into
Arabic. I have _reviewed_ the content of this document and I certify that the English terms
correspond to the Arabic ones. I certify that this is true and accurate to the best of my abilities.

*Fady Awadalla*

----------------------
**Fady Awadalla**
Los Angeles, CA

**11**

My name is Ehab Abdelmalek Aziz Mikhael. I am humbled to say that I have served Christ and spread his word to the world, however, my evangelism has caused me troubles with both the National security of Egypt and Muslim extremists. I am seeking asylum because of the threats that I have received. I am also seeking asylum from the attempted kidnapping incident that I have suffered. My life came to be in danger. My wife became Acute nervous shock led her to Amnesia for more than two years and still under treatment, and we could not handle these threats and targeting anymore. We are peaceful people who love Christ and want to spread his word around the world.

I am an Evangelical Christian. I decided to accept my faith as a mission. I decided to go through and complete a full theology degree. I graduated in June 2012 with a Bachelor degree of Theological studies from the Alexandria School of Theology. I also received a Ph.D. with distinction in Theological Science/Apologetic Study from Christian college. I am attaching these certificates for your review.

I was part of the General Council of the Assembly of God Churches in Egypt. I was responsible for preaching Jesus' words to both Christians and Muslims especially Muslims. I was part of a missionary program called the Harvest at KDEC, the largest evangelical church in the Middle East, which was conducted across Egypt. Initially, we would provide a sermon, and then I would be responsible for following and discipling the thousands of attendees to ensure that they accepted Christ. Many attended these sermons, and we had many souls accepting Christ in both Egypt and in the other Arab countries. I went to over 20 different countries to serve and through OM (Operation Mobilization) and YWAM (Youth With A Mission) and KDEC (Kasr El Dobara Evangelical Church). During one of my trips to Tunisia where I was serving and preaching the Gospel with three other servants in 2008, I was entrapped by the Tunisian National security. I was told to bring the Bible and meet one Muslim who pretended that he would convert. After setting up an appointment at a specific location, we found the Tunisian Tunisians National security surrounding us and arresting us. We were taken in and interrogated for our activities. We did nothing except preach the word of God.

My activities and my evangelical work have attracted both the National Security and the Muslim Brotherhood and Salafies of Egypt. My first interrogation at the National Security Office occurred around the beginning of 2014. I was brought in by Mr. Mohamed El Alfi and his superior Mohamed Ismail. At that time, I was called into the Lazoghly office. I was left there for over 14 hours waiting to be interrogated. I was then brough back outside to wait and then called back for questioning. Mr. Alfi was asking me about my position at Kasr El Dobara church, and my activities and my evangelism. He warned that if I did not cease all my activities, then he would have the MB and the Salafies attack me.

Following this encounter, the National Security Office contacted the Kasr el Dobara Church and caused me troubles. They probably threatened the church because I was asked to cease service for three years. I was very terrified. This caused horror and psychological distress for me and my family. My wife loses memory and begins the journey of treatment with therapist, and my young daughter urinates involuntarily from what she hears and watches.

**12**

Because I was stopped by the Kasr el Dobara church, I had to resort to the Baptist churches so that they could help me.  The Baptist church agreed to ordain me as a priest.  I received the ordination around November 2014.  However, I was supposed to be recorded with the Evangelical General Council.  As an ordained priest, the Evangelical Council advise me to join another council, so I joined the General Council of the Assembly of God Churches in Egypt, which is widely accepted by the Evangelical Congregation, and the ordination was approved and the invitation was printed to everyone for my official ordination as I am attaching for your information.  However, the night before the ordination, the National Security Office called and stopped my official ordination.

I was so devastated.  I was so traumatized.  However, I continued to preach the words of God, and I was called again at the National Security office around June 2017.  I was interrogated again by Mr. Mohamed Alfi, who had my file in their office.  He threatened that I would be killed if I do not cease my work and my evangelism of the Muslims.  During the second interrogation, I was detained for one day for doing nothing other than preaching the words of Jesus.  Mr. Alfi was trying to abuse me.  I was called an infidel by his men.  I was also slapped on the face during the interrogation by one of his officers.  I was released with a warning that my end could be near.

I would note also that the National Security office tracked the Muslims that I have evangelized and who have accepted Christ.  They took them for interrogation and detention and got all my information from them.  Thus, the National Security was after me.

However, my love for Christ did not stop.  I was able after that to secure my position again with the Kasr el Dobara church.

I was very active in converting Muslims.  I received death threats many times from Muslim extremists, and I could not go to report these threats to the police, who would probably ask me to cease my evangelism.

There were two attempts to kidnap me.  The last attempt is very vivid in my mind because it happened around September 26, 2019.  I was on my way from Cairo to Nagah Hamadi to serve and preach the Gospel.  After arriving and waiting for my pickup car around 4.00 a.m, there was a beige color Lada, which is a car that is used by the Egyptian officials.  It stopped.  There were some people who were trying to drag me inside and get me in by force.  One of them was calling me both a traitor and an infidel.  I resisted, and I was only saved when the car came with two individuals calling my name.  They released me and left quickly.  I was terrified for my safety.  I knew that the National Security Office was after me.

Following this encounter, I was called for a third time in December 2019 with the National Security Office where Mr. Alfi warned me that his patience was coming to an end.  He told me that he would not let me go this time, and that he would provide a full report about my activities related to evangelism with the Muslims.  He reminded me that it is a crime and that they could implicate me in a charge where I would spend the rest of my life in prison.  I was warned and let go.  I was terrified for my safety.

I was very cognizant about my activities, and I was terrified that I would be implicated in charges by the Egyptian government.  My wife's situation even became more horrifying, and she had to continue treatment.  There was a point where my wife was so lost that she could not even recognize my daughter or me.

**13**

I came to the U.S., and I want to continue to preach God and serve Christ without the threats of death by the extremists or the threats of imprisonment by the Egyptian government.  I am hoping for a safe haven for my family and me.  I beseech you to allow me to remain here and serve God.

Ehab Abdelmalak Mikhael

**14**

اسمع ابوابى عبد الملك عزن ميخائيل، بانقباع اقول انى خدمت
المسيح ونشرت كلمته حول العالم، ومع ذلك، سميت كرازتى
لى فى متاعب مع كل من الامن الوطنى لمصر والمتطرفين فى المسلمين.
اطلب اللجوء بسبب التهديدات التى تلقيتها، كما انى النفس
اللجوء من مخاوف لاختطافى التى تعرضت لها، اصبحت حياتى فى خطر.
اصيبت زوجتى بصدمة عصبية حادة قادتها لفقدان الذاكرة لاكثر
من عامين وما زالت تحت العلاج، ولم يعد قادرين على التعامل
مع هذه التهديدات، والاستهداف بصددها. انت كن اناس
مسلمون عن المسيح ونريد نشر كلمته حول العالم.
انا مسيحى انجيلى، قررت ان انتقل لعيش كارسالية.
قررت ان اذهب، و اكمل دراسة اللاهوت بالتالى.
تخرجت فى يونيو عام بدرجه البكالوريس فى الدراسات اللاهوتية
من مدرسة الاسكندرية، كما حصلت على درجة الدكتوراه فى
العلوم اللاهوتية، قسم اللاهوت الدفاعى، بامتياز من احدى
الجامعات المسيحية. أرفقت هذه الشهادات للاطلاع
كنت جزء من المجلس العام للكنائس الرسولية بمصر. كنت
مسؤولاً عن التبشير بكلمات المسيح لكل من المسيحيين ومسلمين
وخاصة المسلمين.
كنت جزء من برنامج تبشيرى يسمى الجهاد، تابع للكنيسة
الانجيلية بمصر للدعارة، كبرنامج خدمى بالشرق الاوسط،
تم اجراؤه فى جميع اكاد بمصر فى المرابع، يتم عظمه،
وبعد ذلك تكون مسؤولاً عن متابعة وتلبية الدعوات من الحاضرين
لضمان قبولهم المسيح. لقد حمنى العديد هذه الاحتجاجات، كاثر لدينا
المسيحيين المصرى لان تقبل المسيح فى كل حى مصرى والدول العربى الاخرى
ذهبت لاكثر من حو دولة مختلفة للخدمة من خلال

Operation Mobilization (OM)
( Y WAH )  —  Youth With A Mission
Kasr El dobara Evangelical church (KDEC)
خلال اخرف رحلاتى الى تونس حيث كنت اخدم وانشئ
الانجيل مع ثلاثة خدام اخرين فى عام ٢٠٠٦، وقعت فى شرك
الامن الوطنى التونسى، قيل لى انا المصرى اللكباب المصرى والمفتن
يميثل تظاهرى، ما هو سبجى دينى لعبد كنيس موجد فى مطار محدرى.
وجد انا الامن الوطنى التونسى جيط ما فيقيض علينا، هم احد نا واستجوبنا،
بسمح بتشطنا، لم يفعل شئ سوى ذكرام و بطالة الله.

حدثت أنشطة وعلى الدخيل، كلاً من الأمن الوطن والاخوان المسلمين
والسلفيين في مصر، تم استجوابي الاول في مكتب الأمن الوطن في
دراب عام ٢٠١٤م، وقد أحضرني السيد محمد الالغي ورئيسه
محمد اسماعيل في ذلك الوقت، ثم استجابني الى حكمت
لافولحي، بقيت هناك لأكثر من ١٤ ساعة في انتظار استجوابي،
ثم عدت الى الخارج للانتظار، ثم استدعيت للاستجواب، لأن لسبيل
الأمني يسألني عن مركزي في كنيسة نصر الدعارة، وأنشطة وكرازي
وحذر من أنني ودائم الوقت عنكل انشطتي، وسوف نواجهها والاخوان المسلمين
بجد من الافناد، انتقل جهاز الأمن الوطن كنيسه نصر الدعارة، وسبب في
المتاعب، رها هدنى الكنيسه لأنه طلب منى وفق الخدمه لمرة ثلاث
سنوات، لكنت مرتض جدا،

تسبب ذلك في رعب وضيق نفسي لدى لعائلتي، زجت تقض الذاكرة وثبل
على الخلاص، مع المسبب النفسي، وابني المبكرة تتبول بشكل لا ارادى
معايشه وتشاهده،

لأن كنيسة نصر الدعارة اوقفتني، اضطررت الى اللجوء الى الكنيسه بعوائله
حتى يتمكنوا من مساعدتي، وافقت الكنيسه المطران سحى رسامتي
قسماء، كانت الرسامة في نفس بلدي، ومع ذلك كان هذا المفترض
أن يتم تسجيلي في المجلس الاكليي العام، دفعت دينا مرتفعا
بمختلف للمجلس الاكليي، للانضمام الى مجلس أحمى، لذلك الممثل
الى المجلس العام لكنائس الرسوليه مصر، الذي يضطر بقبول واسع
من قبل المجلس الانجليين، ووغت الموافقته على الرسامة، وتمت
طباعة الدعوة اكالجمع من أجل رسامتي الرسميه كان ارتقنر للاطلاع،
لكن في الليلة التي سبقت الرسامة، اتصل جهاز الأمن الوطن وأوقفت
رسامتي الرسميه،

كنت محمداً جداً، واصبت المبيت لمدينه تشريبه، ومع ذلك واصلت
المبشرين بكلام الله، وتم استيضاح عدة أخرى في مكتب الأمن
الوطن في يونيو ٢٠١٧م تقريباً، ثم استجوابي عدة أخرى من قبل
السيد محمد الالغي، الذي كان مهلي في حكمته، وهددتني إذا
لم اتوقف عن علي وكرازت للمسيحين، اثناء الاستجواب الثاني
تم اجباري لمدة يوم واحد، لأنني لم أفعل شيئا سوى التبشير لكلمة
يسوع، كانه السيد الأمن بادل الاساءة إلى، دعوى لأفنا، من قبل
رجاله، كلا صفعني أحد الضباط على وجهي، اثناء الاستجواب
ثم اطلاق سراحي مع تحذير من أنه لو انني قد تكون فرتبه

أود أن أشير أيضاً إلى أن مكتب الأمن الوطني يوقف المسلمين الذين
يبشرون والذين قبلوا المسيح . كخذوهم واحتجزوهم للاستجواب
وحصلوا على جميع المعلومات الطائفية لي منهم ، وهكذا كان لا من لوهذا
وراء ،

لكن حبي للمسيح لم يتوقف ، ظللت بجد ذلك من السعادة منجيها هذه الأمري
بكنيسه قمير الزيارة . كنت نشيطاً جداً في تحول المسلمين .
ألقيت بتوديات بالقتل عده مرات من متطرفين مسلمين ، ولم أتمكن
من الذهاب را بلاغ الشرطه بهذه التهديدات ، ولكن بما نظلب
من الوقف عن التبشير .

لا كانت هناك مجد لقاءات لاحتطاف الأجداد الأخيرة واجده اللطيف
في ذهني أخر حدثت في ٦ سبتمبر ٢٠٥ . كنت في طريقي من القاهرة
الى حج جادى العدمة بالاكيل و التبشير به ، ولجد وصولى وانتظر
السيارة التى سقودني في حوالى السادسة ، بكراً ، لا كانت هناك
سياره توتربيج موركا لابا توقفا ، وهي سياره يستخدم المسئولين
المصريون ، توقفت ، و كانها ك بعمان الاشخاص الذين كانوا جاء لدلك
جرى الى داخل العربه و د خالي بالقوة ، كان احدهم يبارين
بالخناق و الاخني ، قارميت ، وتم يتم القاذى ، اا عندها انت
السياره و تمول شتهمان ببايات انسي ، المقا ساحي ، وغادروا السرعة
كنت خائفاً جداً على حياتي ، علت الا مكتب بالامن الوطني
بما لا وراثي

بعد هذا اللقاء ، تم استدعائى للمره الثلثة في ديسمبر ٢٠٥ مع مكتب
الأمن الوطني حيث حد ف السيد للامن حيا كد جيره على و تشارك
الاستهمام ، احيرفت بانه لن يبشر ك بلا ظهان ، هذا بالمره كولانت يبشرهم
تعريفي كاملاً عن النشطى المتعلقة بالكرم ه المسلم . ذكرى كم امير
وا لجم فريوصلون في تجمه حيث سياتها يضيع حياتي في المسجن ،
م بتشريف و تركى ، كنت خائفاً على حياتى ،
كنت حدري اجد؟ لا نشطى ، وكنت خائف ا ها القرط في الاجابه من قبل
الحكومة المصريه ، حتى اذن اميع ومع زوجتى اكرم ، رأيت ك لانت هناك
فقطه صمدت بلز روجته للدراسه ، كما لم تستطع حتى الحروف على النوع ، ا ا
لقد اشبت الى الولايات المتحده ، وأريد ان استمر في خدمه المسيح ، بالكراة
با لا جبل دهف تحد ميا بات بالمثل من تل المتطرفينا او بتديات بالمسجد من قبل
المصريه ، اللا لم يكون هذا قلذ ا امن ل ك في رعايته
والرشاد المسيح لنا بالبقاء وهنوه الامن

(بابي غير للاة عنوين)

Exhibit B

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| Receipt Number<br>ZLA2146270690 | Case Type<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
| --- | --- |
| Received Date<br>11/24/2020 | Priority Date | Applicant  A218 119 385<br>MIKHAEL, EHAB ABDELMALEK AZIZ |
| Notice Date<br>11/25/2020 | Page<br>1 of 1 | |

EHAB MIKHAEL
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
930 COLORADO BLVD
UNIT 2
LOS ANGELES CA 90041

**Notice Type:** Receipt Notice

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 Application for Asylum and Withholding of Removal was received and is pending as of 11/24/2020. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the Asylum Office at the below address or using the USCIS Online Change of Address system at https://egov.uscis.gov/coa/displayCOAForm.do. You will receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear at an Application Support Center for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization, and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

| Alien Number | Name |
| --- | --- |
| A218 119 385 | MIKHAEL, EHAB |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Los Angeles Asylum Office
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 2003
Tustin CA 92781-2003
**USCIS Contact Center: www.uscis.gov/contactcenter**



**18**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01'19

# Exhibit C

Department of Homeland Security
U.S. Citizenship and Immigration Services



**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| **ASC Appointment Notice** | APPLICATION/PETITION/REQUEST NUMBER<br>ZLA2146270690 | | | | NOTICE DATE<br>11/28/2020 |
|---|---|---|---|---|---|
| CASE TYPE<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | ACCOUNT NUMBER | USCIS A#<br>A218 119 385 | | CODE<br>3 |

EHAB ABDELMALEK AZIZ MIKHAEL
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
930 COLORADO BLVD UNIT 2
LOS ANGELES  CA  90041



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| **APPLICATION SUPPORT CENTER**<br>USCIS Buena Park<br>8381 La Palma Avenue Suite A<br>Buena Park CA 90620 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**<br>**DATE AND TIME OF APPOINTMENT**<br>12/24/2020<br>12:00PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE, and**
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/ addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

| **REQUEST FOR RESCHEDULING** |
|---|

☐ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

**APPLICATION NUMBER**
I589 - ZLA2146270690



If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.
**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**19**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.      Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER ZLA2146270690 | | NOTICE DATE 12/19/2020 |
|---|---|---|---|
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | ACCOUNT NUMBER | USCIS A# A218 119 385 | CODE 3 |



EHAB ABDELMALEK AZIZ MIKHAEL
2421 E BALL RD
ANAHEIM CA 92806

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER USCIS BUENA PARK 8381 La Palma Avenue Suite A Buena Park CA 90620 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 01/13/2021 01:00PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE, and**
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to review the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You **must** notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/ addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card,* to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you **must** also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court,* in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

☐ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

APPLICATION NUMBER
I589 - ZLA2146270690



2021 JAN 21 PM 12: 47

RECEIVED

**20**

If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| **THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.** |
| --- |

| **ASC Appointment Notice** | APPLICATION/PETITION/REQUEST NUMBER ZLA2146270700 | | | NOTICE DATE 11/28/2020 |
| --- | --- | --- | --- | --- |
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | ACCOUNT NUMBER | USCIS A# A218 119 386 | CODE 3 |



NEVIEN MELLAD ZAKHER GARAS
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
930 COLORADO BLVD UNIT 2
LOS ANGELES  CA  90041

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER USCIS BUENA PARK 8381 La Palma Avenue Suite A Buena Park CA  90620 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT** 12/24/2020 12:00PM |
| --- | --- |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
  1. **THIS APPOINTMENT NOTICE,** and
  2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If
     you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You **must** notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card,* to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you **must** also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court,* in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

| **REQUEST FOR RESCHEDULING** |
| --- |
| ☐  **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice. |

APPLICATION NUMBER
I589 - ZLA2146270700



If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.
**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**21**

| If this is an interview or biometrics appointment notice, please see the back of this notice for important information. | Form I-797C  04/01/19 |
| --- | --- |



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER<br>ZLA2146270700 | | NOTICE DATE<br>12/19/2020 |
|---|---|---|---|
| CASE TYPE<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | ACCOUNT NUMBER | USCIS A#<br>A218 119 386 | CODE<br>3 |



NEVIEN MELLAD ZAKHER GARAS
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
930 COLORADO BLVD UNIT 2
LOS ANGELES CA 90041

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| **APPLICATION SUPPORT CENTER**<br>USCIS BUENA PARK<br>8381 La Palma Avenue Suite A<br>Buena Park CA 90620 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**<br>DATE AND TIME OF APPOINTMENT<br>01/13/2021<br>01:00PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE**, and
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You <u>must</u> notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you <u>must</u> also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

| **REQUEST FOR RESCHEDULING** |
|---|
| ☐ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice. |

APPLICATION NUMBER
I589 - ZLA2146270700



**If you have any questions regarding this notice, please call 1-800-375-5283.**
**If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.**

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**22**



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|:---:|



| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER ZLA2146270710 | | NOTICE DATE 12/19/2020 |
|---|---|---|---|
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | ACCOUNT NUMBER | USCIS A# A218 119 387 | CODE 3 |

HANNAH EHAB ABDELMALEK AZIZ MIKHAEL
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
930 COLORADO BLVD UNIT 2
LOS ANGELES  CA  90041

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS BUENA PARK | DATE AND TIME OF APPOINTMENT |
| 8381 La Palma Avenue Suite A | 01/14/2021 |
| Buena Park CA  90620 | 08:00AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
  1. **THIS APPOINTMENT NOTICE,** and
  2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is <u>closed</u> due to inclement weather or for other unforeseeable circumstances, USCIS will <u>automatically reschedule</u> your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You <u>must</u> notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card,* to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you <u>must</u> also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court,* in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

| REQUEST FOR RESCHEDULING |
|---|

❑  **Please reschedule my appointment.**  Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

APPLICATION NUMBER
I589 - ZLA2146270710



**If you have any questions regarding this notice, please call 1-800-375-5283.**
**If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.**
**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**23**

---

*If this is an interview or biometrics appointment notice, please see the back of this notice for important information.*    Form I-797C  04/01/19

Exhibit D

U.S. Department of Homeland Security
P.O. Box 2003
Tustin CA 92781-2003



**U.S. Citizenship
and Immigration
Services**

06/03/2021

MIKHAEL, EHAB
2421 E BALL RD
ANAHEIM, CA 92806

Re:  A- 218119385; A- 218119386; A- 218119387

Dear MIKHAEL, EHAB:

This letter serves as your notification that the Los Angeles Asylum Office received your request to add your name to the Standby List for an Affirmative Asylum Interview. Your request has been approved and your name has been added to the Standby List.

As a reminder, you must comply with all requirements outlined on the "REQUEST TO BE ADDED TO THE LOS ANGELES ASYLUM STANDBY LIST" form to remain eligible for the Standby List.

Failure to comply with these requirements, will result in your removal from the Standby List. Removal from the Standby List does not impact your eligibility for asylum, and you would be scheduled for an interview based on USCIS standard prioritization of scheduling cases.

Sincerely,

David M. Radel
Director, Los Angeles Asylum Office

CC    GIHAN THOMAS, ESQ
       930 COLORADO BLVD UNIT 2
       LOS ANGELES, CA 90041

**24**

Exhibit E

**g.thomas@gihanthomaslaw.com**

| | |
|---|---|
| **From:** | Los Angeles Asylum <LosAngelesAsylum@uscis.dhs.gov> |
| **Sent:** | Tuesday, February 11, 2025 10:12 AM |
| **To:** | g.thomas@gihanthomaslaw.com |
| **Subject:** | RE: Ehab Abdelmalek Aziz Mikhael - 218 119 385 – EXPEDITE REQUEST DUE TO MEDICAL CONDITION |

Hello,

Thank you for your request for an expedited interview on behalf of your client Ehab Mikhael (218119385) and their I-589 Application for Asylum and Withholding of Removal.  We schedule affirmative asylum interviews as soon as resources permit.  Over the past several years, we have received significant increases in our caseloads, leading to longer processing times.  The increase in credible fear screenings at the southern border, in particular, has required us to substantially curtail affirmative asylum interviewing.  We are currently scheduling a limited number of asylum interviews, including some of our longest pending cases, while ensuring that there are enough asylum officers are available for credible fear interviews and determinations. We reassess the situation continuously and will begin scheduling additional interviews as soon as we are able.

Management has reviewed the submitted documentation and unfortunately at this time we cannot grant your request for an expedited interview. All requests are reviewed on a case-by-case basis and only granted in limited situations as our office resources allow.

At this time your client's case is still pending an initial interview for their I-589 Application for Asylum and Withholding of Removal. As their case falls into our third priority on the first track and on the second track, we do not have a time frame as to when they will receive their interview. Below is a breakdown of our current scheduling tracks and priorities:

USCIS is currently scheduling affirmative asylum interviews along two tracks simultaneously.
On the first track, USCIS generally schedules asylum interviews in the following order of priority:

- **First priority**: Applications that were scheduled for an interview, but the interview had to be rescheduled at the applicant's request or the needs of USCIS.

- **Second priority**: Applications that have been pending 21 days or fewer.

- **Third priority**: All other pending affirmative asylum applications, starting with newer filings and working back towards older filings.

Workload priorities related to border enforcement, statutory requirements, and litigation obligations affect USCIS' ability to schedule all new applications for an interview within 21 days.
On the second track, USCIS assigns some of its asylum officers to complete affirmative asylum applications pending in the backlog, starting with the oldest applications and working forward. This permits some of the oldest pending applications to be completed in chronological order.

To ensure your clients receive correspondence from USCIS and avoid unnecessary delays, it is very important that they inform us of any change of address within 10 days of moving. This is where you and your client may find information on how to report a change of address: www.uscis.gov/addresschange.

Thank you,

Los Angeles Asylum Office

**25**

PO BOX 2003
TUSTIN, CA 92781-2003
LosAngelesAsylum@uscis.dhs.gov

CGM

Please note, the Los Angeles Asylum office is now located at 14101 MYFORD RD, TUSTIN CA 92780
Our public phone number is: (714) 368-5700 and our fax number is (714) 368-5799.

*USCIS does not recommend that you email us sensitive personally identifiable information, such as your Social Security Number, or your immigration "A-Number" unless in an encrypted or password-protected attachment. You should not include private information in the email's subject line.*

---

**From:** g.thomas@gihanthomaslaw.com <g.thomas@gihanthomaslaw.com>
**Sent:** Friday, January 10, 2025 8:14 PM
**To:** Los Angeles Asylum <LosAngelesAsylum@uscis.dhs.gov>
**Subject:** Ehab Abdelmalek Aziz Mikhael - 218 119 385 - EXPEDITE REQUEST DUE TO MEDICAL CONDITION

> **CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Phishing" button to report it as a phishing attempt.

Dear Sir/Madam

Happy 2025.  I would like to extend a request to expedite the interview for Mr. Mikhael.  Applicant is a 51 year old who suffered from abdominal aortic aneurysm, and is a patient with heart failure that was preserved by an EF.  Applicant also is currently suffering from kidney complication and diabetes, and has been under the care of Dr Mousa Primary Care.  Applicant has also presented himself for examination of lung malignancy and is currently under further investigation by his physicians.  Copy of the medical records are attached for your ready reference.  Applicant would like to be given a chance to have his hearing scheduled so that he could go on with his life, and receive the medical care as he may needs, and also alleviate the stress he may feel about his future, and the future of his family in the US.

I remain available to provide any further evidence should this office needs.  However, the recent visit on November 2024 at Mousa Primary Care clearly depicts the picture of his severe medical condition, which would hopefully allow your office to grant an interview under the "emergency" exception.  Thank you.

Certified Specialist, Immigration & Nationality Law
State Bar of CA, Board of Legal Specialization
930 Colorado Blvd, Unit 2
Los Angeles, CA 90041
Tel. 310 203 2242
Fax. 310 203 2287
g.thomas@gihanthomaslaw.com



**26**

Exhibit F



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|:---:|

| Receipt Number<br>ZLA2146270690 | USCIS Online Account Number | Case Type<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|
| Received Date<br>11/24/2020 | Priority Date | Applicant A218 119 385<br>MIKHAEL , EHAB ABDELMALEK AZIZ |
| Notice Date<br>10/23/2025 | Page<br>1 of 1 | |

| | |
|---|---|
| GIHAN THOMAS<br>LAW OFFICES OF GIHAN THOMAS<br>930 COLORADO BLVD<br>UNIT 2<br>LOS ANGELES CA 90041 | **Notice Type:** Annual Asylum Fee Receipt Notice<br>**Total Amount Received:** $100.00 U.S. |

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

This notice confirms that U.S. Citizenship and Immigration Services (USCIS) received the Annual Asylum Fee for your receipt number listed above.

You can receive updates on your application by visiting uscis.gov/casestatus to get the latest status.

**If you have any questions or comments regarding this notice, call the USCIS Contact Center toll free at 800-375-5283. If you are deaf or hard of hearing, please call the Contact Center TDD at 800-767-1833. To check the status of your application, please visit our website at uscis.gov/tools or check your USCIS online account.**

We will notify you separately about any other requests you have filed.

We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

| Asylum Division<br>U.S. CITIZENSHIP & IMMIGRATION SVC<br>401 West Peachtree Street NW<br>Suite 2500<br>Atlanta, GA 30308<br>**USCIS Contact Center: www.uscis.gov/contactcenter** |  |
|---|---|

**27**